# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-2993

_____

Teresa Stewart; Michael E. Walton,    *
Jr.; Dale E. Carrington; Ronnie W.    *
Bradley; William Scott Pounds; Regina    *
Denise Aguilar; Robert R. Hudson;    *
Jeffrey L. Black; Angela Parker;    *
Loretta V. Reitano; Anthony Boyd,    *
   *    Appeal from the United States
        Appellants,    *    District Court for the
   *    Western District of Arkansas.
    v.    *
   *
Pafford Ambulance Service, Inc.,    *      [UNPUBLISHED]
   *
        Appellee.    *

_____

Submitted: June 2, 2000
Filed: June 22, 2000

_____

Before LOKEN, FAGG, and HANSEN, Circuit Judges.

_____

PER CURIAM.

Teresa Stewart and nine other emergency medical technicians appeal from the district court's[1] adverse grant of partial summary judgment and from the subsequent

_____

[1]The Honorable Harry F. Barnes, United States District Judge for the Western District of Arkansas.

judgment--following a bench trial on their remaining claims--in this action brought under the Fair Labor Standards Act (FLSA), 29 U.S.C. §§ 201-219.  Having carefully reviewed the record and the parties' briefs, we conclude--for the reasons discussed in its summary judgment order--that the district court properly granted partial summary judgment.  See Kneibert v. Thomson Newspapers, Mich. Inc., 129 F.3d 444, 451 (8th Cir. 1997) (standard of review for summary judgment is de novo).  We also conclude that the district court did not err in dismissing the remaining claims after a bench trial, for the reasons expressed in the district court's memorandum and opinion.  See Reich v. Stewart, 121 F.3d 400, 404 (8th Cir. 1997) (ultimate question of whether practice violates FLSA is question of law to be reviewed de novo; factual questions are reviewed for clear error).  Accordingly, we affirm the judgment of the district court. See 8th Cir. R. 47B.

A true copy.


Attest:


CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

-2-